IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARK ANTHONY MANFRED,                    *

           Plaintiff,                    *

v.                                                        Case No.  1:23-CV-74(LAG)

                                 *

LACHANDA M. ROBERTS et al,                *

           Defendants.                    *

_____         *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of July, 2024.

David W. Bunt, Clerk


s/ William C. Lawrence, Deputy Clerk